UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NUMBER LPK 02247<br>　　　　Plaintiffs,<br><br>Vs.<br><br>PALMISCIANO-PONTE INVESTMENT GROUP, LLC<br>　　　　Defendant. | DOCKET NUMBER 1:14-cv-00075-S-PAS |

## VOLUTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Certain Underwriters at Lloyd's London, Subscribing to Policy Number LPK 02247, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　Certain Underwriters at Lloyd's London,
　　　　　　　　　　　　　　　　　　　By its attorney:

Date:　May 27, 2014
　　　　　　　　　　　　　　　　　　　THOMAS B. FARREY, III/BBO#159880
　　　　　　　　　　　　　　　　　　　BROOKE P. SELIGER/BBO# 550947
　　　　　　　　　　　　　　　　　　　Burns & Farrey, P.C.
　　　　　　　　　　　　　　　　　　　446 Main Street, 22nd Floor
　　　　　　　　　　　　　　　　　　　Worcester, Massachusetts 01608
　　　　　　　　　　　　　　　　　　　Telephone 508-756-6288

AMR/dc
(0000LO-0135 cp#58)